## ESTATE OF JOHN N. TODD v. TODD, EXECUTRIX.

[No. 13,280. Filed August 29, 1928.]

*Edmund L. Craig*, for appellant.
*Phelps F. Darby*, for appellee.

NICHOLS, C. J.—This appeal is dismissed on the authority of *Ansel* v. *Kyger* (1915), 60 Ind. App. 259, 110 N. E. 559.

## CHAVEZ v. UNIVERSAL PORTLAND CEMENT COMPANY.

[No. 13,282. Filed August 30, 1928.]

*Knapp & Campbell* and *Joseph L. Earlywine*, for appellant.
*Rae M. Royce* and *R. G. Estell*, for appellee.

REMY, J.—Affirmed, on the authority of *Radanovic* v. *Vermillion Coal Co.* (1925), 83 Ind. App. 555, 149 N. E. 182.